J. KEVIN LILLY, Bar No. 119981
klilly@littler.com
ELIZABETH NGUYEN, Bar No. 238571
enguyen@littler.com
ASHLEY BRICK, Bar No. 281657
abrick@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendants
ASHLEY FURNITURE INDUSTRIES, INC.;
STONELEDGE FURNITURE, LLC; JAG
DASWATTA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY AMPER,<br><br>         Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a corporation; STONELEDGE FURNITURE, LLC, a limited liability company; JAG DASWATTA, an individual; and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No. 15-cv-08274<br><br>**DECLARATION OF TROY MULLER IN SUPPORT OF DEFENDANTS' NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446**<br><br>Trial Date:        None Set<br>Complaint Filed: August 24, 2015 |

LITTLER MENDELSON, P.C.
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

I, Troy Muller, declare the following:

1. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review and knowledge of the business records and files of Defendants ASHLEY FURNITURE INDUSTRIES, INC. ("Ashley") and STONELEDGE FURNITURE LLC ("Stoneledge") (collectively referred to herein as "Defendants"), and could testify to the same if called as a witness in this matter. I make this Declaration in support of Defendants' Notice to Federal Court of Removal of Civil Action Pursuant under 28 U.S.C. sections 1332, 1441 and 1446.

2. I am currently the Vice President of Finance for Defendant Ashley Furniture Industries, Inc. In this position, my current job duties include maintaining the books and records of the companies and overseeing corporate governance.

3. I also act in a similar capacity for Stoneledge. I am thus familiar with the operations of both Ashley and Stoneledge. Defendant Stoneledge Furniture LLC is a limited liability corporation with one member – Ashley Furniture Industries, Inc.

4. In my capacity as Vice President of Finance for Defendant Ashley, I am readily familiar with Defendants' day-to-day business operations and have access to information and reports maintained and generated in the ordinary course of business concerning Defendants' employees and operations.

5. Defendant Ashley is incorporated under the laws of the State of Wisconsin. Ashley's headquarters is located at One Ashley Way, Arcadia, Wisconsin. Ashley's operations management, human resources, finance, information technology, distribution operations, legal and sales and marketing are managed from the Arcadia headquarters.

6. Most of the corporate-wide decisions relating to Ashley are made from Arcadia, Wisconsin. The types of corporate decisions made in Arcadia, Wisconsin include: decisions regarding corporate policy; decisions regarding the purchase, financing and leasing of real properties; legal decisions; significant decisions

1  regarding contracts and other purchasing; decisions regarding Ashley's press releases
2  and public affairs; decisions regarding banking relationships and cash management
3  accounts; decisions regarding payroll; decisions regarding revenue management;
4  decisions regarding safety and security policy-making; and policy decisions regarding
5  advertising and marketing.

6      7.    Defendant Stoneledge is a Wisconsin limited liability company with its
7  headquarters located in Arcadia, Wisconsin.  Most of the corporate-wide decisions
8  relating to Stoneledge are made from Arcadia, Wisconsin and/or Florida.

9      I hereby declare under penalty of perjury of the laws of the United States that
10 the foregoing statements are true and correct.

11     Executed this 22nd day of October 2015, at Arcadia, Wisconsin.

_____
TROY MULLER

Firmwide:136491910.4 061736.1015

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

2.